**FILED**

SEP 11 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
LOVELY SINGH, INC. (3)

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

Case Number: 16CR0729-BAS

RICHARD BARNETT AND FRANK VECCHIONE
Defendant Organization's Attorney

**REGISTRATION NO.**

☐ –

☒ pleaded guilty to count(s)  SIX (6) OF THE SECOND SUPERSEDING INDICTMENT

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 31 USC 5324(a)(3) AND (d)(2) | STRUCTURING CURRENCY TRANSACTIONS WITH ONE OR MORE FINANCIAL INSTITUTIONS | 6 |

The defendant organization is sentenced as provided in pages 2 through __3__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) REMAINING AND UNDERLYING are dismissed on the motion of the United States.

☒ Assessment: $400.00

☒ Fine waived   ☒ Forfeiture pursuant to order filed  2/13/2018 , included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

SEPTEMBER 10, 2018
Date of Imposition of Sentence

HON. CYNTHIA BASHANT
UNITED STATES DISTRICT JUDGE

16CR0729-BAS

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:
FIVE (5) YEARS.

The defendant organization shall report to the probation office within 72 hours from the date of sentencing.

__X__ The defendant organization shall not commit another Federal, state, or local crime.

__X__ The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below).

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF PROBATION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245B (CASD Rev. 08/13) Judgment in a Criminal Case for Organizational Defendants

| | | |
|---|---|---|
| DEFENDANT: | LOVELY SINGH, INC. (3) | Judgment - Page 3 of 3 |
| CASE NUMBER: | 16CR0729-BAS | |

## SPECIAL CONDITIONS OF PROBATION

1. Provide complete disclosure of personal and business financial records to the probation officer as requested.

2. Subject corporate records and premises to search by the probation officer.

3. The corporation is required to have an effective program to prevent and detect violations of the law.

//
//
//